UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.:   8:03-cr-393-T-23TBM
                 8:05-cv-2318-T-23TBM

SANTONIO SIMMONS
_____/

## ORDER

This matter is before the court for consideration of Simmons's motion to vacate pursuant to 28 U.S.C. § 2255. The motion was considered by the Magistrate Judge who, after conducting an evidentiary hearing, filed his report (Doc. 26) recommending denial of the motion. All parties were provided copies of the report and recommendation, and on December 3, 2008, Simmons filed his objections. The court independently examined the file and reviewed Magistrate Judge McCoun's report and recommendation and Simmons's objections. Upon consideration, the objections are overruled and the report and recommendation is adopted, confirmed, and incorporated by reference into this order.[*]

---

[*] The purpose of the evidentiary hearing was to determine whether Simmons directed counsel to file a direct appeal. The Magistrate Judge accepted the credibility of trial counsel that Simmons agreed not to appeal (a finding that is supported by counsel's contemporaneously prepared notes) and rejected Simmons's credibility that he directed counsel to appeal. The objections (Doc. 27) to the report and recommendation (Doc. 26) focus on the inaccuracy of counsel's advice upon which Simmons relied in determining whether to appeal. The motion to vacate offers no challenge to the accuracy or adequacy of counsel's advice. The only issue is whether Simmons directed counsel to appeal. The Magistrate Judge's credibility determination is accepted. See Louis v. Blackburn, 630 F.2d 1105, 1109 (5th Cir. 1980) ("[T]he district judge should not enter an order inconsistent with the credibility choices made by the magistrate without personally hearing the live testimony of the witnesses whose testimony is determinative.").

Upon consideration, the court adopts the report and recommendation. The motion to vacate (Doc. 1) is **DENIED**. The clerk shall enter a judgment and close this case.

ORDERED in Tampa, Florida, on December 15, 2008.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE